**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BROADCOM CORPORATION, and ATHEROS COMMUNICATIONS, INC., <br><br>         Plaintiffs, <br><br> v. <br><br> COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br>         Defendant. | Case No. 6:09-cv-513 (LED) <br><br> Jury Trial Demanded |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br>         Plaintiff, <br><br> v. <br><br> LENOVO (UNITED STATES) INC., LENOVO GROUP LIMITED, and LENOVO HOLDING COMPANY, INC., <br><br>         Defendants. | Case No. 6:09-cv-399 (LED) <br><br> Jury Trial Demanded |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br>         Plaintiff, <br><br> v. <br><br> SONY CORPORATION et al., <br><br>         Defendants. | Case No. 6:09-cv-400 (LED) <br><br> Jury Trial Demanded |

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>                  Plaintiff,<br><br>v.<br><br>ACER INC., ACER AMERICA CORPORATION, ACER AMERICA HOLDING COMPANY, BOARDWALK CAPITAL HOLDINGS LTD., and GATEWAY INC.<br><br>                  Defendants. | Case No. 6:09-cv-401 (LED)<br><br>Jury Trial Demanded |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>                  Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>T-Mobile USA, Inc.,<br><br>                  Defendant/Counterclaim-Plaintiff. | Case No. 6:10-cv-00065(LED)<br><br>Jury Demanded |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>                  Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS,<br><br>                  Defendant. | Case No. 6:10-cv-00066(LED)<br><br>Jury Demanded |

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T INC., AT&T MOBILITY LLC, F/K/A/ CINGULAR WIRELESS LLC and AT&T WI-FI SERVICES, F/K/A WAYPORT, INC.<br><br>    Defendants. | Case No. 6:10-cv-00067(LED)<br><br>Jury Demanded |

**PLAINTIFF'S AND DEFENDANTS' JOINT MOTION CONCERNING DEPOSITIONS**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

All parties in the above-captioned and related cases have reached an agreement with regard to depositions. This agreement is reflected in the attached proposed Order Concerning Depositions. The agreements reflected in the proposed Order will facilitate discovery in these related cases.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the parties respectfully request that this Joint Motion be granted and the proposed Order be entered.

Date: March 30, 2011

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**
By:   */s/ Michael E. Jones*
       Michael E. Jones
       Texas State Bar No. 10929400
       110 N. College Ave.
       Suite 500 Plaza Tower
       Tyler, Texas 75702
       Telephone: 903.597.8311
       Fax: 903.593.0846
       Email: mikejones@potterminton.com
*Attorneys for Declaratory Judgment Plaintiffs*
**BROADCOM CORPORATION and**
**ATHEROS COMMUNICATIONS, INC.**

        Robert A. Van Nest
        CA State Bar No. 84065
        (admitted pro hac vice)

        Christa M. Anderson
        CA State Bar No. 184325
        (admitted pro hac vice)

        KEKER & VAN NEST, LLP
        710 Sansome St.
        San Francisco, CA 94111
        Telephone: 415.391.5400
        Fax: 415.397.7188
        Email:  rvannest@kvn.com
            canderson@kvn.com

*Attorneys for Declaratory Judgment Plaintiff*
**BROADCOM CORPORATION**

        Scott D. Baker
        CA State Bar No. 84923
        (admitted pro hac vice)

        REED SMITH LLP
        101 2nd St Ste 1800
        San Francisco, CA 94105
        Telephone: 415.543.8700
        Fax: 415.391.8269
        Email:  sbaker@reedsmith.com

*Attorneys for Declaratory Judgment Plaintiff*
**ATHEROS COMMUNICATIONS, INC.**

Date: March 30, 2011 Respectfully submitted,

By:   */s/ Harry L. Gillam,*
    Harry L. Gillam, Jr.
    State Bar No. 07921800
    Email: gil@gillamsmithlaw.com
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

    Alex V. Chachkes
    CA State Bar No. 183918
    Email: achachkes@orrick.com
    ORRICK, HERRINGTON &
    SUTCLIFFE LLP
    666 Fifth Avenue
    New York, NY 10103
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151

    Chris R. Ottenweller
    (admitted pro hac vice)
    CA State Bar No. 73649
    Email: cottenweller@orrick.com
    Stacy B. Margolies
    (admitted pro hac vice)
    CA State Bar No. 202360
    Email: smargolies@orrick.com
    ORRICK, HERRINGTON &
    SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA 94025
    Telephone: (650) 614-7400
    Facsimile: (650) 614-7401

    *Attorneys for Defendants*
    **ACER INC., ACER AMERICA**
    **CORPORATION, and GATEWAY, INC.**

| | |
|---|---|
| Date: March 30, 2011 | Respectfully submitted,<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>By: */s/ Fred I. Williams*<br>Fred I. Williams (Lead Attorney)<br>State Bar No. 00794855<br>fwilliams@akingump.com<br>Akin Gump Strauss Hauer & Feld LLP<br>300 West 6th Street, Suite 2100<br>Austin, Texas 78701<br>Telephone: 512.499.6218<br>Facsimile: 512.499.6290<br><br>Eric J. Klein<br>State Bar No. 24041258<br>eklein@akingump.com<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>Telephone: 214.969.2751<br>Facsimile: 214.969.4343<br><br>Neal K. Feivelson (admitted pro hac vice)<br>New York State Bar No. 2828283<br>nfeivelson@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10026<br>Telephone: 212.872.1000<br>Facsimile: 212.872.1002<br><br>Eric H. Findlay<br>State Bar No. 00789886<br>efindlay@findlaycraft.com<br>Brian Craft<br>State Bar No. 04972020<br>bcraft@findlaycraft.com<br>Findlay Craft, LLP<br>6760 Old Jacksonville Hwy, Suite 101<br>Tyler, TX 75703<br>Telephone: 903.534.1100<br>Facsimile: 903.534.1137 |

*Attorneys for Defendants*
**LENOVO (UNITED STATES) INC.,
LENOVO GROUP LIMITED AND
LENOVO HOLDING COMPANY, INC.**

Dated: March 30, 2011

Respectfully submitted,

WHITE & CASE LLP

 */s/ Warren S. Heit*  
Warren S. Heit (Lead Attorney)  
CA State Bar No. 164658  
Email: wheit@whitecase.com  
WHITE & CASE LLP  
3000 El Camino Real  
5 Palo Alto Square, 9th Floor  
Palo Alto, CA 94306  
Telephone: (650) 213-0300  
Facsimile: (650) 213-8158  

Andy Tindel  
State Bar No. 20054500  
Email: atindel@andytindel.com  
PROVOST UMPHREY LAW FIRM, LLP  
112 East Line Street, Suite 304  
Tyler, Texas 75702  
Telephone: (903) 596-0900  
Facsimile: (903) 596-0909  

Attorneys for Defendants,  
SONY CORPORATION  
SONY CORPORATION OF AMERICA  
SONY ELECTRONICS INC.

Date: March 30, 2011

Respectfully submitted,

By: */s/ Roger Fulghum*
Bryant C. Boren, Jr.
Lead Attorney
State of Texas Bar No. 02664100
Kevin E. Cadwell
State of Texas Bar No. 24036304
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699
bryant.c.boren@bakerbotts.com
kevin.cadwell@bakerbotts.com

Roger Fulghum
State of Texas Bar No. 00790724
William P. Rothwell
State of Texas Bar No. 24066005
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile: 713.229.1522
roger.fulghum@bakerbotts.com
william.rothwell@bakerbotts.com

Melvin R. Wilcox, III
Texas State Bar No. 21454800
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste 1015
Tyler Texas 75702
Telephone: 903.595.1133
Facsimile: 903.595.0191
mrw@yw-lawfirm.com

ATTORNEYS FOR DEFENDANTS
AT&T INC., AT&T MOBILITY LLC,
AND WAYPORT, INC. D/B/A AT&T
WI-FI SERVICES

Date: March 30, 2011

Respectfully submitted,
By: __/s/ Kevin P. Anderson, with permission by Michael E. Jones_
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Kevin P. Anderson (*pro hac vice*)
kanderson@wileyrein.com
Brian H. Pandya (*pro hac vice*)
bpandya@wileyrein.com
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Tel.: 202.719.700
Fax: 202.719.7049
*ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS*

Date: March 30, 2011

Respectfully submitted,
By: */s/ Matthew S Yungwirth, with permission by Michael E. Jones*
L. Norwood Jameson
Matthew S. Yungwirth
1180 West Peachtree Street, Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6900

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
*ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.*

| | |
|---|---|
| Dated: March 30, 2011 | Respectfully Submitted,<br>By: */s/ Elizabeth L. LeRieux, with permsion by Michael E. Jones*_____<br>S. Calvin Capshaw<br>State Bar No. 03783900<br>ccapshaw@capshawlaw.com<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>ederieux@capshawlaw.com<br>D. Jeffrey Rambin<br>State Bar No. 00791478<br>jrambin@capshawlaw.com<br>John E. Lord<br>CA State Bar No. 216111<br>jlord@capshawlaw.com<br>Capshaw DeRieux, L.L.P.<br>1127 Judson Road, Suite 220<br>Longview, Texas   75601<br>Telephone:  (903) 236-9800<br>Facsimile:  (903) 236-8787<br><br>Frederick G. Michaud (DC Bar No. 177675)<br>Capshaw DeRieux LLP – Washington<br>1801 Florida Avenue, NW<br>Washington, DC   20009<br>Telephone:  (202) 588-1960<br>Facsimile:  (202) 588-1961<br><br>James M. Wagstaffe (CA Bar No. 95535)<br>Michael Ng (CA Bar No. 237915)<br>Maria V. Radwick (CA Bar No. 253780)<br>**KERR & WAGSTAFFE LLP**<br>100 Spear Street, Suite 1800<br>San Francisco, CA   94105<br>Telephone:  (415) 371-8500<br>Facsimile:  (415) 371-0500<br>E-mail:  wagstaff@kerrwagstaffe.com<br>E-mail:  mng@kerrwagstaffe.com<br>Email:  radwick@kerrwagstaffe.com<br><br>Gary H. Ritchey (CA Bar No. 136209)<br>Jennifer S. Coleman (CA Bar No. 213210)<br>Hopkins & Carley<br>P.O. Box 1469<br>70 S. First Street<br>San Jose, CA   95113<br>Telephone:  (408) 286-9800<br>Facsimile:  (650) 326-2422<br>Email:  gritchey@hopkinscarley.com<br>Email:  jcoleman@hopkinscarley.com<br>*Attorneys for Plaintiff,*<br>**COMMONWEALTH SCIENTIFIC AND** |

**INDUSTRIAL RESEARCH ORGANISATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 30, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ William P. Rothwell*
William P. Rothwell